# United States District Court
# For The Western District of North Carolina
# Asheville Division

TD Bank, N.A. ,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:11-cv-00287

McCombs Oil Company, Inc. Et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/7/2012 Order.

                                   Signed: September 7, 2012

                                   */s/ Frank G. Johns*
                                   Frank G. Johns, Clerk
                                   United States District Court