# United States District Court
# For The Western District of North Carolina
# Asheville Division

TD Bank, N.A. ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  1:11-cv-00287

McCombs Oil Company, Inc. Et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/7/2012 Order.

                                              Signed: September 7, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court