IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv287

| | |
|---|---|
| TD BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| McCOMBS OIL COMPANY, INC., ) | |
| THOMAS H. McCOMBS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion for Attorneys' Fees [# 14]. Previously, the Court granted Plaintiff's Motion for Summary Judgment and directed the Clerk to enter judgment against Defendants in the amount of $1,056,629.72. The Court also awarded Plaintiff its reasonable attorneys' fees incurred by Plaintiff in collecting the amount due under the loan documents. The Court provided Plaintiff fourteen days to file a motion for attorneys' fees with affidavits supporting the requested amount of the award. In compliance with the Court's Order, Plaintiff filed a Motion for Attorneys' Fees with supporting affidavits. Defendants, who are represented by counsel, did not file a response to the motion or offer any objection to the amount of the attorneys' fees sought by Plaintiff.

Upon a review of the Motion for Attorneys' Fees and the supporting affidavits attached to the motion, the Court finds that the $49,224.50 in attorneys' fees requested is a reasonable amount based on the facts and circumstances of this case. Accordingly, the Court **GRANTS** the motion [# 14] and **AWARDS** Plaintiff $49,224.50 in attorneys' fees.

Signed: October 23, 2012

Dennis L. Howell
United States Magistrate Judge